CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 26 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MELVIN RAYNARD JONES, | ) |
| | ) Civil Action No.: 7:07cv00564 |
| Appellant, | ) |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| NC DEP'T OF CHILD SUPPORT | ) |
| ENFORCEMENT THROUGH VA | ) By: Samuel G. Wilson |
| DIVISION OF CHILD SUPPORT | ) United States District Judge |
| ENFORCEMENT, | ) |
| | ) |
| Appellee. | ) |

In accordance with the court's memorandum opinion entered on this date it is

**ORDERED** and **ADJUDGED** that the judgment of the bankruptcy court is **AFFIRMED**.

**ENTER**: This February 26, 2008.

_____
UNITED STATES DISTRICT JUDGE